```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE NORMAN,

                Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM,

                Defendant.

1:20-cv-09439-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

     This action was removed to this Court from New York State Supreme Court, County of New York, on November 10, 2020 [ECF No. 1].  On November 25, 2020, Defendant filed a pre-motion letter in anticipation of its motion to stay this action pending resolution of a related case on appeal before the Second Circuit [ECF No. 5].  Plaintiff has not yet appeared in this action.  The Court will not act on Defendant's letter until Plaintiff has appeared and has had an opportunity to respond.

     Accordingly, IT IS HEREBY ORDERED that Defendant shall serve its pre-motion letter [ECF No. 5] and this Order on Plaintiff on or before December 10, 2020, and file proof of such service on or before December 14, 2020.  IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendant's letter on or before December 15, 2020.

**SO ORDERED.**

**Dated:  December 7, 2020**
         **New York, NY**

                                                         **MARY KAY VYSKOCIL**
                                                         **United States District Judge**