**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

December 23, 2020

**Via ECF:**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: **Norman v. NYU Langone Health System**
**Case No.: 20-cv-9439**

Dear Judge Vyskocil:

This office represents Plaintiff, Jasmine Norman, ("Plaintiff") in the above referenced matter. We write to withdraw Plaintiff's pending Motion to Remand. Moreover, in light of this withdrawal, Plaintiff expresses no opposition to Defendant's anticipated motion to stay this action.

We thank the Court for its time and consideration.

Respectfully,
PHILLIPS & ASSOCIATES

/s/
Marjorie Mesidor, Esq.
Joseph Myers, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 430
New York, NY 10006
(212) 248-7431
mmesidor@tpglaws.com
jmyers@tpglaws.com