

*Attorneys at Law*
45 Broadway, Suite 430, New York, New York 10006
Tel: (212) 248-7431 Fax: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A Professional Limited Liability Company

February 15, 2022

**Via ECF:**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/15/2022
```

    Re:    **Norman v. NYU Langone Health System**
              **Case No.: 20-cv-9439**

Your Honor:

      This firm represents the Plaintiff, Jasmine Norman ("Plaintiff" or "Norman") in the above referenced action. Plaintiff writes to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for February 22, 2022 at 11:00am. This is Plaintiff's first request to adjourn the Initial Pretrial Conference. Defendant consents to this request. Plaintiff's request will not affect other scheduled dates. The parties have conferred and are available on March 24, 25, or 28, or at other dates and times convenient to the Court following March 28.

      The reason for the herein request is that the undersigned is scheduled to attend a full day mediation for another matter on February 22, 2022. In addition, the undersigned has numerous scheduling conflicts and a planned vacation between now and March 24, 2022. Plaintiff respectfully requests the Court adjourn the Initial Pretrial Conference until March 24, 25, or 28 (or another date and time convenient to the Court following March 28, 2022) as it will allow Plaintiff to meaningfully participate at the Initial Pretrial Conference. The parties have also filed letter briefing regarding Defendant's anticipated motion to dismiss (Dkt Nos. 21, 24 and 25) which may be discussed at the conference. The additional time will allow the undersigned to thoroughly and meaningfully discuss all issues raised in the parties' letter briefing at the conference.

      Plaintiff thanks the Court for its time and consideration of the herein request.

                                                      Respectfully,
                                                      PHILLIPS & ASSOCIATES

                                                      /s/_____
                                                      Joshua Friedman, Esq.
                                                      Phillips & Associates, PLLC
                                                      45 Broadway, Suite 430

New York, NY 10006
(212) 248-7431
jfriedman@tpglaws.com

Cc (via ECF): all counsel of record

> **GRANTED. The initial pretrial conference scheduled for February 22, 2022 at 11:00 AM is ADJOURNED to March 29, 2022 at 10:30 AM. SO ORDERED.**
>
> Date: 2/15/2022
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge