```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE NORMAN,

                Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM,

                Defendant.

1:20-cv-09439-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Because of a conflict in the Court's Schedule, the Initial Pretrial Conference scheduled for March 29, 2022 at 10:30 AM is ADJOURNED to April 26, 2022 at 11:00 AM.

**SO ORDERED.**

**Date:  March 24, 2022**
**New York, NY**

                      */s/ Mary Kay Vyskocil*
                      **MARY KAY VYSKOCIL**
                      **United States District Judge**